Opinion by OLIVER, C. J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the shells involved in Abstracts 55389 and 50357, the claim for free entry under paragraph 1738 was sustained. Other items stipulated to be the same as the articles involved in Abstract 52477 were held dutiable at 33⅓ percent under paragraph 412.

**No. 55897.**—Franam Corp. et al. v. United States, protests 130556-K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55898.**—Burroughs Wellcome & Co., Inc. v. United States, protest 64426-K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 55899.**—Burroughs Wellcome & Co., Inc. v. United States, protest 73164-K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 55900.**—Burroughs Wellcome & Co., Inc. v. United States, protest 75020-K (New York).

Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 55901.**—Burroughs Wellcome & Co., Inc. v. United States, protest 78563–K (New York).

Opinion by Cole, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

BEFORE THE SECOND DIVISION, SEPTEMBER 25, 1951

**No. 55902.**—American Express Co. et al. v. United States, protests 126167–K/921, etc. (Chicago).

Opinion by Lawrence, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than $\frac{9}{10}$ of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.

**No. 55903.**—Alleman & Gisiger et al. v. United States, protests 130972-K (A), etc. (New York).

Opinion by Lawrence, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all